IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:10-CV-2097** |
| **ex rel. ADAM BOYCE,** | : | |
| Plaintiffs | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ED4MIL, LLC,** *et al.,* | : | |
| Defendants | : | |

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED THAT:

1. The seal be lifted on the complaint and served upon the defendants by the relator;

2. All other contents of the Court's file in the action remain under seal and not be made public or served upon the defendants, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order; and

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.  Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.


　　　　　　　　　　　　　　　　 /S/ CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　Christopher C. Conner, Chief Judge
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　Middle District of Pennsylvania

Dated:     December 5, 2013